**Albert G. BEATTIE, Appellant,**

v.

**Louis S. NELSON, Warden, James W. L. Park, Administrator, San Quentin Prison, Appellees.**

No. 22429.

United States Court of Appeals
Ninth Circuit.

May 27, 1969.

Albert G. Beattie, pro per.

Thomas C. Lynch, Atty. Gen., Derald E. Granberg, Louise H. Renne, Deputy Attys. Gen., San Francisco, Cal., for appellees.

Before CHAMBERS, MERRILL and ELY, Circuit Judges.

PER CURIAM:

The District Court, in the exercise of its discretion, denied appellant leave to file a civil rights complaint in forma pauperis. This appeal was taken from that order. Thus the merits of appellant's claims have never been reached.

We are satisfied from the record and the reasons assigned by the court in its order that its action did not constitute abuse of discretion.

Affirmed.

**UNITED AIRCRAFT INTERNATIONAL, Plaintiff-Appellant,**

v.

**GREENLANDAIR, INC., Defendant-Appellee.**

No. 574, Docket 33258.

United States Court of Appeals
Second Circuit.

Argued May 13, 1969.

Decided May 13, 1969.

Ernest D. Kennedy, Mendes & Mount, New York City, Day, Berry & Howard, Hartford, Conn., for plaintiff-appellant.

Douglas B. Bowring, Haight, Gardner, Poor & Havens, New York City, Shipman & Goodwin, Hartford, Conn., for defendant-appellee.

Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM:

The order entered below dismissing the plaintiff-appellant's petition for a preliminary injunction and dismissing its complaint in which it sought permanently to restrain an arbitration proceeding and also sought a declaration that the dispute was not arbitrable is affirmed on the January 10, 1969 opinion of Judge Blumenfeld, reported at 298 F.Supp. 1329 (D.Conn.1969).